

Order Filed on December 2, 2015 by Clerk U.S. Bankruptcy Court District of New Jersey

BRIAN D. SCHWARTZ, ESQ.
CRANER, SATKIN, SCHEER, SCHWARTZ & HANNA, P.C.
320 PARK AVENUE, P.O. BOX 367
SCOTCH PLAINS, NJ  07076
(908) 322-2333 - Fax (908) 322-4916
BS-9984
Attorneys for Creditor, Marina District Development Co. LLC t/a Borgata

United States Bankruptcy Court
DISTRICT OF NEW JERSEY

In re:                               Case No. 15-24955-JNP
    LINDA R. RIHL                    Chapter 13

CONSENT ORDER

The relief set forth on the following pages, numbered one (1) through four (4) is hereby Ordered.

DATED: December 2, 2015

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

{00127821.1}

THIS MATTER having been brought before the Court by Brian D. Schwartz, Esq., attorney for Marina District Development Co LLC t/a Borgata (hereinafter "Borgata"), Boardwalk Regency Corporation (hereinafter "Boardwalk"); Solomon Rubin, Esq., attorney for Wausau Underwriters Insurance Co., as Subrogee of RSL Woodworking Products Inc. (hereinafter "Wausau"); and Bruno Bellucci III, Esq. attorney for Debtor, Linda R. Rihl (hereinafter "Debtor"); and an agreement having been reached amongst the parties to resolve the claims and objections of the Borgata, Boardwalk, and Wausau to Debtor Rihl's bankruptcy and plan, and for good cause shown;

IT IS on this            day of                   , 2015,

ORDERED as follows:

1.    The judgments docketed in favor of the Borgata (under Judgment No. J-43772-14) and Boardwalk (under Judgment No. J-79354-14) against Bruce Rihl, and in favor of Wausau against Bruce Rihl (under Judgment No. J-174441-14) shall remain judicial liens against a one-half interest in and to properties previously owned in common or as joint tenants by Bruce Rihl and the Debtor, as if Bruce Rihl had not conveyed his interest in such properties to the Debtor. The properties subject to this judicial lien are as follows:

    A.    7 West Frances Avenue, Linwood, NJ  08221, also known as Block 10, Lot 13 on the Tax Map of the City of Linwood, New Jersey;

    B.    441 Bay Avenue, Ocean City, NJ 08226, also known as Block 411, Lot 2 on the Tax Map of the City of Ocean City, New Jersey;

    C. 18 Franklin Drive, Somers Point, NJ, also known as Block 722, Lot 9 on the Tax Map of the City of Somers Point, New Jersey.

   2. In the event of sale, refinance or any other disposition or conveyance of the aforesaid properties or any of them, the aforesaid judicial liens shall be satisfied to the extent possible out of one-half of the proceeds. The three judgment creditors shall share in the proceeds on a pro-rata basis, based upon the amounts of the judgments at the time the judgments were entered. However, inasmuch as the judgment lien of the Borgata was perfected by levy upon the property located at 18 Franklin Drive, Somers Point, New Jersey, in the event of the refinance, sale or other disposition or conveyance for value of that property, the Borgata judgment shall be satisfied first out of one-half of such proceeds, and if any proceeds remain after satisfaction of the Borgata judgment out of one-half of those proceeds, then the Wausau and Boardwalk judgments shall share pro-rata (based on the amounts of the judgment at the time the judgments were each entered) in one-half of the proceeds remaining. In addition, if there are any *mesne* profits from 18 Franklin Drive, including but not limited to rents from an occupant who resided at the premises when the sheriff served the Borgata's rent levy, then the Borgata shall be paid ½ of such profits just as if Bruce Rihl were still a ½ owner of such property.

   3. Two copies of this Consent Order shall be sealed by the Clerk and shall be recorded as a lien in the Offices of the Clerks of Atlantic County and Cape May County, New Jersey, in order to give notice to any persons or entities who shall succeed to Linda Rihl's interest in the properties, or who seek a conveyance of any interest in the properties from Linda Rihl, her successors and assigns; and it is further

ORDERED, that a copy of this Consent Order shall be served upon all counsel of record within __7__ days of the receipt by Borgata's and Boardwalk's attorney of a copy of this Consent Order.

We hereby consent to the form and entry of this Order.

                          CRANER SATKIN SCHEER SCHWARTZ &
                          HANNA, P.C.

DATED: December 1, 2015       By: __/s/ Brian D. Schwartz__
                                    BRIAN D. SCHWARTZ, ESQ.
                          Attorney for Creditors, Marina District
                          Development Co LLC  t/a Borgata and Boardwalk
                          Regency Corporation

DATED: December 1, 2015          __/s/ Solomon Rubin__
                          SOLOMON RUBIN, ESQ.
                          Attorney for Creditor, Wausau Underwriters
                          Insurance Co., as Subrogee of RSL Woodworking
                          Products Inc.

DATED: December 1, 2015          __/s/ Bruno Bellucci III__
                          BRUNO BELLUCCI, III, ESQ.
                          Attorney for Debtor, Linda R. Rihl