# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2015 to 12/31/2015  
**Case Number: 15-24955 (JNP)**

Linda R. Rihl  
18 Franklin Drive  
Somers Point, NJ 08244

Monthly Payment: $62.00  
Payments / Month: 1  
Current Trustee Comp.: 7.30%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 08/31/2015 | $62.00 | 09/25/2015 | $62.00 | 11/02/2015 | $62.00 | 11/23/2015 | $62.00 |
| 12/28/2015 | $62.00 | | | | | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | LINDA R. RIHL | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRUNO BELLUCCI, III, ESQUIRE | 13 | $1,000.00 | $230.76 | $769.24 | $0.00 |
| 1 | BOARDWALK REGENCY CORPORATION | 33 | $75,000.00 | $0.00 | $75,000.00 | $0.00 |
| 2 | CRANER, SATKIN, SCHEER & SCHWARTZ, P.C. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | JAN MEYERS & ASSOCIATES, P.C. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | LIBERTY MUTUAL - WAUSAU | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | MARINA DISTRICT DEVELOPMENT CO LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | OCEAN CITY HOME BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | OCEAN CITY HOME BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | BRUNO BELLUCCI III | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | OCEAN CITY HOME BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | LINDA R RIHL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | WAUSAU UNDERWRITERS INSURANCE CO. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | BOARDWALK REGENCY CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | MARINA DISTRICT DEVELOPMENT CO LLC T/A BORGA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | WAUSAU UNDERWRITERS INSURANCE CO. | 33 | $251,000.00 | $0.00 | $251,000.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2015 | 36.00 | $62.00 |
| 09/01/2018 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $310.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $799.25 |
| Arrearages: | ($800.19) |
| Attorney: | BRUNO BELLUCCI, III, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**